# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

146167 & (19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIAM M. HILL,
      Defendant-Appellant.

SC: 146167
COA: 309959
Wayne CC: 77-008908

_____/

      On order of the Court, the motion to add issues is GRANTED. The application for leave to appeal the October 24, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

h0422